# REPUBLICAN GUBERNATORIAL PRIMARY ELECTION RESULTS

## Board of Canvassers of Elections

for

## Carroll County, Maryland

## Gubernatorial Primary Election held on June 24, 2014

WE HEREBY CERTIFY, That the Board of Elections for Carroll County, Maryland, having assembled and organized as required by law, did qualify a Board of Canvassers for the county before the Clerk of the Circuit Court for the county by taking the oath prescribed by law and did elect by majority vote member to be Chairman and one member to be Secretary of the Board of Canvassers of Elections.

The Board of Canvassers of Elections upon being duly organized, canvassed the election results from the Gubernatorial Primary held on Tuesday, June 24, 2014, in the county. The Board of Canvassers reports that the results are accurate and that the vote has been verified. We the Chairman and Secretary of the Board do hereby certify that the whole number of votes cast in the county were as follows for all contests indicated below.

Governor / Lt. Governor

Comptroller

Attorney General

Representative in Congress
    01 / 08
State Senator
    04 / 05 / 09
House of Delegates
    04 / 05 / 09A
County Commissioner
    001 / 002 / 003 / 004 / 005
Judge of the Circuit Court
    05
State's Attorney

Clerk of the Circuit Court

Register of Wills

Judge of the Orphans' Court

Sheriff

Republican Central Committee

And we do accordingly declare that the candidate(s) shown below received the highest number of votes for his or her respective office and are hereby nominated:

| | |
|---|---|
| County Commissioner -- District 001: | Stephen Albert Wantz |
| County Commissioner -- District 002: | C. Richard Weaver |
| County Commissioner -- District 003: | Dennis E. Frazier |
| County Commissioner -- District 004: | Richard Rothschild |
| County Commissioner -- District 005: | Doug Howard |
| Judge of the Circuit Court -- District 05: | Fred S. Hecker |
| State's Attorney: | Brian Deleonardo |
| Clerk of the Circuit Court: | Donald Sealing, II |
| Register of Wills: | Paul G. Zimmermann |
| Judge of the Orphans' Court: | John D. Carbaugh |
| | Cathy Reese |
| | Dorothy V. Utz |
| Sheriff: | Jim DeWees |
| Republican Central Committee: | Melissa Gover Caudill |
| | Kathy Fuller |
| | Amy M. Gilford |
| | Larry Helminiak |
| | Matthew Helminiak |
| | Donald Hoffman |
| | David Jones |
| | Karen Leatherwood |
| | James E. Reter |

Witness Our Hands this 7th day of July, 2014

*[signature: Gail S Riley]*
Signature of CHAIRM[AN]

Gail S Riley

Printed Name of CHAIRM[AN]

*[signature: Griffith B. Manahan]*
Signature of SECRETA[RY]

Griffith B. Manahan

Printed Name of SECRETA[RY]

**Contest Title:** House of Delegates

Legislative District : 05

### (Vote for No More Than Three)

| Name of Candidate | Party Affiliation | Votes |
|---|---|---|
| Carmen Amedori | Republican | 2,819 |
| Donald B. Elliott | Republican | 4,064 |
| Susan Krebs | Republican | 7,665 |
| Justin Ready | Republican | 10,567 |
| Haven Shoemaker | Republican | 7,308 |
| Joshua Stonko | Republican | 5,813 |
| Kevin R. Utz | Republican | 4,024 |

**Contest Title:** House of Delegates

Legislative Sub-District : 09A

### (Vote for No More Than Two)

| Name of Candidate | Party Affiliation | Votes |
|---|---|---|
| Christopher Eric Bouchat | Republican | 868 |
| Trent Kittleman | Republican | 827 |
| Kyle Lorton | Republican | 666 |
| Warren E. Miller | Republican | 826 |
| Frank Mirabile | Republican | 659 |

**Contest Title:** County Commissioner

Commissioner District : 001

### (Vote for One)

| Name of Candidate | Party Affiliation | Votes |
|---|---|---|
| Cynthia L. Foley | Republican | 145 |
| Robin Bartlett Frazier | Republican | 1,753 |
| Tina Mawhinney | Republican | 113 |
| Stephen Albert Wantz | Republican | 2,563 |

**MARYLAND**

## STATE BOARD OF ELECTIONS
**P.O. BOX 6486, ANNAPOLIS, MD 21401-0486   PHONE (410) 269-2840**

Bobbie S. Mack, Chairman
David J. McManus, Jr., Vice Chairman
Patrick J. Hogan
Janet S. Owens
Charles E. Thomann



Linda H. Lamone
Administrator

Nikki Charlson
Deputy Administrator

July 10, 2014

WE HEREBY CERTIFY, That the Maryland State Board of Elections, having assembled and organized as required by law, certify the election results for the Gubernatorial Primary Election held on June 24, 2014.

_____         7/10/14
Bobbie S. Mack, Chairman           Date

_____         7/10/14
David J. McManus, Jr., Vice Chairman   Date

_____         7/10/14
Patrick J. Hogan, Member           Date

_____         July 10, 2014
Janet S. Owens, Member             Date

_____         _____
Charles E. Thomann, Member         Date

Attest: _____
Linda H. Lamone, Administrator

FAX (410) 974-2019
MD Relay Service (800) 735-2258

Toll Free Phone Number (800) 222-8683
http://www.elections.state.md.us

151 West Street Suite 200
Annapolis, Maryland 21401

## Maryland Official Results by Category
### Gubernatorial Primary
### June 24, 2014

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| - Republican |  |  |  |  |  |  |  |
| Baltimore County | 93 | 521 | 0 | 4 | 6 | 624 | 2.6% |
| Harford County | 199 | 833 | 9 | 8 | 2 | 1,051 | 4.4% |
| **Totals:** | **292** | **1,354** | **9** | **12** | **8** | **1,675** | **7.0%** |
| ☑ Kathy Szeliga |  |  |  |  |  |  |  |
| - Republican |  |  |  |  |  |  |  |
| Baltimore County | 430 | 2,141 | 0 | 10 | 22 | 2,603 | 10.8% |
| Harford County | 678 | 2,769 | 40 | 14 | 21 | 3,522 | 14.6% |
| **Totals:** | **1,108** | **4,910** | **40** | **24** | **43** | **6,125** | **25.5%** |

### House of Delegates
### Legislative District 08

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| ☑ John Cluster |  |  |  |  |  |  |  |
| - Republican |  |  |  |  |  |  |  |
| Baltimore County | 623 | 2,888 | 0 | 27 | 48 | 3,586 | 35.6% |
| **Totals:** | **623** | **2,888** | **0** | **27** | **48** | **3,586** | **35.6%** |
| ☑ Christian Miele |  |  |  |  |  |  |  |
| - Republican |  |  |  |  |  |  |  |
| Baltimore County | 583 | 2,642 | 0 | 26 | 46 | 3,297 | 32.7% |
| **Totals:** | **583** | **2,642** | **0** | **26** | **46** | **3,297** | **32.7%** |
| ☑ Norma Secoura |  |  |  |  |  |  |  |
| - Republican |  |  |  |  |  |  |  |
| Baltimore County | 564 | 2,566 | 0 | 27 | 41 | 3,198 | 31.7% |
| **Totals:** | **564** | **2,566** | **0** | **27** | **41** | **3,198** | **31.7%** |

### House of Delegates
### Legislative District 09A

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| Christopher Eric Bouchat |  |  |  |  |  |  |  |
| - Republican |  |  |  |  |  |  |  |
| Carroll County | 67 | 788 | 8 | 3 | 2 | 868 | 7.6% |
| Howard County | 79 | 467 | 7 | 1 | 4 | 558 | 4.9% |
| **Totals:** | **146** | **1,255** | **15** | **4** | **6** | **1,426** | **12.4%** |
| ☑ Trent Kittleman |  |  |  |  |  |  |  |
| - Republican |  |  |  |  |  |  |  |
| Carroll County | 54 | 745 | 16 | 5 | 7 | 827 | 7.2% |
| Howard County | 338 | 1,378 | 21 | 3 | 7 | 1,747 | 15.2% |
| **Totals:** | **392** | **2,123** | **37** | **8** | **14** | **2,574** | **22.4%** |
| Kyle Lorton |  |  |  |  |  |  |  |
| - Republican |  |  |  |  |  |  |  |
| Carroll County | 46 | 603 | 11 | 2 | 4 | 666 | 5.8% |
| Howard County | 135 | 801 | 14 | 3 | 1 | 954 | 8.3% |

# Maryland Official Results by Category
## Gubernatorial Primary
### June 24, 2014

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Totals:** | **181** | **1,404** | **25** | **5** | **5** | **1,620** | **14.1%** |
| **Warren E. Miller** - Republican | | | | | | | |
| Carroll County | 65 | 742 | 8 | 2 | 9 | 826 | 7.2% |
| Howard County | 421 | 2,071 | 24 | 5 | 7 | 2,528 | 22.0% |
| **Totals:** | **486** | **2,813** | **32** | **7** | **16** | **3,354** | **29.2%** |
| **Frank Mirabile** - Republican | | | | | | | |
| Carroll County | 67 | 580 | 5 | 4 | 3 | 659 | 5.7% |
| Howard County | 252 | 1,574 | 14 | 7 | 3 | 1,850 | 16.1% |
| **Totals:** | **319** | **2,154** | **19** | **11** | **6** | **2,509** | **21.8%** |

**House of Delegates**
**Legislative District 09B**

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Bob Flanagan** - Republican | | | | | | | |
| Howard County | 287 | 760 | 17 | 4 | 1 | 1,069 | 56.3% |
| **Totals:** | **287** | **760** | **17** | **4** | **1** | **1,069** | **56.3%** |
| **Carol Loveless** - Republican | | | | | | | |
| Howard County | 171 | 642 | 9 | 7 | 2 | 831 | 43.7% |
| **Totals:** | **171** | **642** | **9** | **7** | **2** | **831** | **43.7%** |

**House of Delegates**
**Legislative District 10**

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| **William T. Newton** - Republican | | | | | | | |
| Baltimore County | 293 | 1,200 | 1 | 11 | 30 | 1,535 | 100.0% |
| **Totals:** | **293** | **1,200** | **1** | **11** | **30** | **1,535** | **100.0%** |

**House of Delegates**
**Legislative District 11**

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Laura Harkins** - Republican | | | | | | | |
| Baltimore County | 297 | 2,161 | 0 | 19 | 83 | 2,560 | 100.0% |
| **Totals:** | **297** | **2,161** | **0** | **19** | **83** | **2,560** | **100.0%** |

**House of Delegates**
**Legislative District 12**

|  | Early | Polls | 1st AB | Prov | 2nd AB | Total | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Gordon Bull** - Republican | | | | | | | |
| Baltimore County | 159 | 1,113 | 33 | 12 | 15 | 1,332 | 17.0% |