| | | |
|---|---|---|
| CHRISTOPHER ERIC BOUCHAT | * | IN THE **Filed** |
| Plaintiff | * | COURT OF APPEALS  APR 26 2012 |
| v. | * | OF  Bessie M. Decker, Clerk |
| THE STATE OF MARYLAND | * | MARYLAND  Court of Appeals of Maryland |
| (c/o Dan Friedman) | * | |
| Defendant | * | September Term, 2012 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### Motion to Declare Maryland General Assembly Joint Resolution No. 1, 2012 Unconstitutional & Hence Null and Void

I, Christopher Eric Bouchat, pro se do hereby humbly submit to the highest and honorable Justices of Maryland, in compliance with Chief Judge Bell's scheduling Order dated, March 6, 2012, said petition to Declare Maryland House and Senate Joint Resolution No. 1 unconstitutional for reasons as follows:

1.) The U.S. Supreme Court case law Baker vs. Carr, 1962, established the "one man, one vote" doctrine, but under the Maryland Constitution Article III, sec. 3 our Governor and General Assembly have the power to generate single, double and triple member House of Delegate districts, which institute voting inequity upon the populous.
   a. The fact that citizens have different amounts of delegates defies the case law cited.
   b. The case law also addresses the combining of partial sections of counties to adjoining ones. Thereby, causing a minority county section to be dis-enfranchised by the majority county portion of a district, which is precisely what takes place in Joint Resolution No. 1.
2.) The U.S. Constitution Article 1, sec. 2 & 3 established the legal precedence for bicameral legislative structure as documented in the 1787 Constitutional Convention Connecticut Compromise and further espoused by Alexander Hamilton, James Madison, and John Jay in The Federalist Papers. Especially, numbers 39, 63, and 64 of the Papers, which ironically references the Senate of Maryland as an example of a senatorial minority safe guard, of which it no longer seems to be.
   a. Bicameral legislatures are established, so that the passions of the populous House are kept in check by the Senate, whose representation is derived from equal numbers amongst the jurisdictions regardless of population.
   b. The fact that our House and Senate are elected both by concurrent populous reapportionment across county jurisdictions violates the premise and precedence established by the U.S. Constitution, because of Article 3, sec. 3.

Appendix G

77a

3.) I have a legal right under the U.S. Constitution Amendment 14, sec. 1 & 2, to petition the court, since the law states, "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;". Furthermore, it is my duty to do so based upon The Declaration of Independence, which states, "That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed, that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government,".

4.) Under U.S. Constitution Article 4, section 4, "The United States shall guarantee to every State in the Union a Republican Form of Government,".

Therefore, I humbly request the Honorable Justices, under review of the most sacred and genius political science documents cited.

1.) Declare the Maryland Constitution Article III, sec. 3 null and void.
2.) Send an Order to the General Assembly instructing the institution to replace the Maryland Constitution Article 3, sec. 3 with the following guidelines for a bicameral legislative body:
   a. Every county and Baltimore city is to have two senators represented in the State General Assembly.
   b. All House of Delegate members are to be elected in single member districts.
   c. No House of Delegate districts are to cross county or Baltimore city jurisdictions.
   d. Every county is to be guaranteed one member in the House of Delegates.
   e. The balance of Delegate seats are to be equally divided up by population.

Humbly Submitted,

Christopher Eric Bouchat
5627 Woodbine Rd.
Woodbine, MD 21797
443-538-8584

I, Christopher Eric Bouchat, do hereby state that the contents of the foregoing motion are true and accurate to the best of my knowledge.

Christopher Bouchat
7/26/12

78a