2012 LEGISLASTIVE        \*     Misc. No.2

DISTRICTING OF THE STATE     \*     September Term 2012

               \*     \*     \*     \*     \*

TO THE HONORABLE, JUDGES OF THE COURT OF APPEALS OF MARYLAND

**PLAINTIFF'S EXCEPTIONS TO THE REPORT OF THE SPECIAL MASTER**

I, Christopher Eric Bouchat, pro se, do hereby humbly submit my Exceptions in compliance with Honorable Judge Bell's September 18, 2012 Amended Order. As follows:

1.)     Judge Wilner gave a superb analysis of my complaint based upon the statutes and case law sighted.

2.)     I believe the "one man, one vote" doctrine produced by the Warren Court clearly violates my interpretation of the Fourteenth Amendment & Article 4 Section 4 of the United States Constitution. Based upon the fact that we are not a democracy under the Supreme Law of the land, but are a democratically elected Federalist Republic, which protects the voting rights of citizens who live in less populated political sub-divisions through the Electoral College & U.S. Senator representation.

Those two election processes defy the Warren Court's case law while it selectively enforces it only upon state legislative elections, in defiance of Amendment Fourteenth, which guarantees the same voting rights in both Federal & State legislative elections.

No court in the United States can enforce voting rights differently in Federal & State elections. They must be uniform under the Constitution.

Appendix F

90 a

3.) Nowhere in the Report does the Court adequately address multi-member districts with varying numbers. Having multi-member districts with every district having the same multi-amount is different than having 1, 2, &3 member districts as we unconstitutionally render in Maryland to manipulate election outcomes, which results in single party political domination. Citizens having a different amount of Delegates to vote for and represent them in the General Assembly, in itself, violates the very premise of "one man, one vote" as advocated by the Court. Plus, the Fourteenth Amendment & Article 4 Section 4 is defied.

Either all citizens have one Delegate or they all have the same multi-member amount, anything different as a representative scheme is unconstitutional upon Supreme Court review.

Humbly Submitted,

Christopher Eric Bouchat
5627 Woodbine Rd.
Woodbine, MD 21797
443-538-8584

9/9

## CERTIFICATE OF SERVICE

I certify that on Sept. 27th, 2012 copies of the foregoing Motion for Exceptions was electronically sent to:

| | |
|---|---|
| Dan Friedman<br>90 State Circle , Rm 104<br>Annapolis, MD 21401<br>dfreidman@oag.state.md.us<br><br>*States Attorney* | Judge Alan Wilner<br>401 Bosley Ave.<br>Towson, MD 21204-4425<br>Alan.Wilner@courts.state.md.us |
| Jonathan S. Shurberg, Esq.<br>Jonathan S. Shurberg, P.C.<br>8720 Georgia Avenue, Suite 906<br>Silver Spring, Maryland 20910<br>jsmdlawyer@verizon.net<br><br>Counsel for *Kelley* Petitioners | C. Paul Smith Esq.<br>308 West Patrick Street<br>Frederick, Maryland 21701<br>cpaulsmith@verizon.net<br><br>Co-counsel for *Houser* Petitioners |
| Jason B. Torchinsky, Esq.<br>Shawn Sheehy, Esq.<br>Holtzman Vogel Josefiak PLLC<br>45 North Hill Drive, Suite 100<br>Warrenton, Virginia 20186<br>jtorchinsky@hvjlaw.com<br><br>Co-counsel for *Houser* Petitioners | Bessie Decker<br>361 Rowe Blvd.<br>Annapolis, MD 2140<br>Bessie.Decker@courts.state.md.us |

Christopher Eric Bouchat
09/27/12

92a