**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHRISTOPHER E. BOUCHAT**, | * |
| *Plaintiff*, | * |
| v. | * Civil Action 1:15-cv-02417-ELH |
| **STATE OF MARYLAND**, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

The defendants, State of Maryland, Linda H. Lamone, State Administrator of Elections, and David J. McManus,[1] Chair of the Maryland State Board of Elections, all of whom are sued in their official capacities, through counsel, hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the plaintiff's complaint. For the reasons set forth in the attached memorandum of law in support of the motion, the claims raised in the complaint are insubstantial, fail to state a claim upon which relief can be granted, and are precluded by res judicata. In addition, all claims against the State of Maryland, and most of the claims for relief against the individual defendants, are

---

[1] Effective July 16, 2015, David J. McManus, Jr., replaced Bobbie Mack as Chairman of the Maryland State Board of Elections. Under Federal Rule of Civil Procedure 25(d)(1), "the officer's successor is automatically substituted as a party" if the officer "dies, resigns, or otherwise ceases to hold office."

barred by sovereign immunity.  For all of these reasons, the complaint should be dismissed without convening a district court of three judges.

    A proposed Order is submitted with this motion.

                                         Respectfully submitted,

                                         BRIAN E. FROSH
                                       Attorney General of Maryland

                                       /s/ Julia Doyle Bernhardt
                                       _____
                                       JULIA DOYLE BERNHARDT
                                       Bar No. 25300
                                       Assistant Attorney General
                                       200 Saint Paul Place, 20th Floor
                                       Baltimore, Maryland 21201
                                       jbernhardt@oag.state.md.us
                                       (410) 576-7291
                                       (410) 576-6955 (facsimile)

September 29, 2015                         Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on this 29th day of September 2015, Defendants' Motion to Dismiss, Memorandum in Support, and Proposed Order were filed electronically and served by first-class mail on the plaintiff, who is self-represented:

> Mr. Christopher Eric Bouchat
> 5627 Woodbine Road
> Woodbine, Maryland 21797

/s/ Julia Doyle Bernhardt
_____
Julia Doyle Bernhardt