## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**CHRISTOPHER E. BOUCHAT**,                    *

         *Plaintiff*,                                        *

                                                              *    Civil Action 1:15-cv-02417-ELH
         v.
                                                              *
**STATE OF MARYLAND**, *et al.*,
                                                              *
         *Defendants*.
                    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

### ORDER

It is this _____ day of _____ 2015, by the United States District Court

for the District of Maryland,

ORDERED that the defendants' motion to dismiss the complaint is GRANTED;

and the complaint is DISMISSED with prejudice.


                                        _____

                                        Ellen L. Hollander
                                        United States District Judge