FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 DEC 18  PM 1: 23

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHRISTOPHER ERIC BOUCHAT** | * | |
| PLAINTIFF | * | |
| V. | * | ELH-15-2417 |
| **STATE OF MARYLAND** | * | |
| Defendants | * | |

## PLAINTIFF'S REQUEST FOR THREE JUDGE PANEL

I, Christopher Eric Bouchat, do hereby formally request that the Honorable Court notify the Chief Judge of the Federal Fourth Circuit Court to assign a three judge panel and appoint the judges thereof.

This request invokes 28 U.S.C. 2284 : US Code – Section 2284. (a) A district court of three judges shall be convened when otherwise required by Act of Congress, or when an action is filed challenging the constitutionally of the apportionment of congressional districts or the apportionment of any statewide legislative body.

Furthermore, an order should be issued which revokes the Court's previous Order dated December 10, 2015, requiring the State/Defendant to submit additional briefing by December 28, 2015. Since, the three judge panel will be assigned to said case.

Humbly Submitted,

Christopher Eric Bouchat          12/15/15

5627 Woodbine Road

Woodbine, MD 21797

443-538-8584

## CERTIFICATE OF SERVICE

I, Christopher Eric Bouchat, do hereby certify under the penalties of perjury that a copy of the fore mentioned Request for Three Judge Panel was mailed U.S. postage first class to Assistant Attorney General, Julia Dayle Bernhardt, 200 saint Paul Place, 20th flr, Baltimore, MD 21201

12/15/15