# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHRISTOPHER E. BOUCHAT**, | * |
| *Plaintiff*, | * |
| v. | * Civil Action 1:15-cv-02417-ELH |
| **STATE OF MARYLAND**, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' RESPONSE REGARDING WHETHER PLAINTIFF'S CLAIMS MUST BE HEARD BY A THREE-JUDGE COURT

In light of the decision in *Shapiro v. McManus*, No. 14-990 (U.S. Dec. 8, 2015), the defendants, State of Maryland, Linda H. Lamone, State Administrator of Elections, and David J. McManus, Chair of the Maryland State Board of Elections, all of whom are sued in their official capacities, through counsel, hereby through counsel, hereby withdraw their opposition to the convening of a three-judge district court to consider the defendants' previously-filed motion, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the plaintiff's complaint.

                                      Respectfully submitted,

                                      BRIAN E. FROSH
                                      Attorney General of Maryland

                                      /s/ Julia Doyle Bernhardt
                                      _____
                                      JULIA DOYLE BERNHARDT
                                      Bar No. 25300
                                      Assistant Attorney General
                                      200 Saint Paul Place, 20th Floor
                                      Baltimore, Maryland 21201
                                      jbernhardt@oag.state.md.us
                                      (410) 576-7291
                                      (410) 576-6955 (facsimile)

December 21, 2015                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on this 21st day of December 2015, Defendants' Response Regarding Whether Plaintiffs' Claims Must Be Heard by a Three-Judge Court was filed electronically and served by first-class mail on the plaintiff, who is self-represented:

>Mr. Christopher Eric Bouchat
>5627 Woodbine Road
>Woodbine, Maryland 21797

/s/ Julia Doyle Bernhardt
_____
Julia Doyle Bernhardt