FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JAN 13  PM 12: 26

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742
BY_____DEPUTY

January 13, 2016

The Hon. William Traxler, Jr.
Chief Judge
United States Court of Appeals for the Fourth Circuit
300 East Washington Street
Suite 222
Greenville, SC 29601

Re:   *Bouchat v. State of Maryland, et al.*
       Civil Action No.: ELH-15-2417

Dear Chief Judge Traxler:

In August 2015, Christopher Bouchat, who is self-represented, filed suit against the State of Maryland; Linda H. Lamone, acting as State Administrator of Elections; and, by substitution, David McManus, Jr., Chair of the Maryland State Board of Elections, challenging Maryland's legislative election districts, created in October 2011. *See* ECF 1. Defendants have moved to dismiss. ECF 12. Plaintiff opposes the Motion. ECF 15.

Neither side initially requested a three-judge panel. By Order of December 10, 2015, I directed the State to address the issue of whether a three-judge panel is required, in light of *Shapiro v. McManus*, ____ U.S. ____, 136 S. Ct. 450 (2015). *See* ECF 16. Thereafter, the State recognized the need to convene a three-judge court to consider defendants' motion to dismiss. *See* ECF 18. Moreover, Mr. Bouchat has requested such a panel. ECF 17.

**Accordingly, pursuant to 28 U.S.C. § 2284(b)(1), I write to notify you of the request for a three-judge panel in this case.**[1]

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge

cc:   Mr. Christopher Bouchat
       Julia Doyle Bernhardt, Esquire

---

[1] Two other cases are pending in this District with similar issues. *See Benisek v. Mack*, JKG-13-3233 (Appeal No. 14-1417) (Bredar, J.); *Parrott v. Lamone*, GLR-15-1849 (Russell, J.).