IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

CHRISTOPHER ERIC BOUCHAT;

    Plaintiff,

v.                              No. 1:15-cv-02417-ELH

STATE OF MARYLAND; LINDA H. LAMONE,
acting as State Administrator of
Elections; and DAVID MCMANUS, JR.,

    Defendants.

O R D E R

IT APPEARING to the undersigned Chief Judge of the Fourth Judicial Circuit of the United States that a civil action as above entitled was filed in the United States District Court for the District of Maryland wherein the plaintiff challenges the Maryland legislative election districts created in October 2011; and

IT FURTHER APPEARING that a request for a three-judge district court has been presented to the Honorable Ellen Lipton Hollander, who has notified the undersigned pursuant to 28 U.S.C. § 2284 of the pendency of such request to the end that a court of three judges may be convened as required by 28 U.S.C. § 2284,

NOW, THEREFORE, I DO HEREBY DESIGNATE the Honorable Paul V. Niemeyer, United States Circuit Judge for the Fourth Circuit; the Honorable Ellen Lipton Hollander, United States District Judge for the District of Maryland; and the Honorable George L. Russell, III, United States District Judge for the District of Maryland, to serve in the hearing and determination of this matter, as provided by law, the three to constitute a district court of three judges as provided by 28 U.S.C. § 2284.

This __26__ day of January, 2016.

William B. Traxler, Jr.
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit