**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 FEB 12  PM 12: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

February 12, 2016

LETTER TO MR. BOUCHAT BY U. S. MAIL AND TO COUNSEL BY CM/ECF

Mr. Christopher E. Bouchat
5627 Woodbine Road
Woodbine, Maryland 21797

      Re:    *Bouchat v. State of Maryland, et al.*
            Civil No.: ELH-15-2417

Dear Mr. Bouchat and Counsel:

      By Order docketed January 26, 2016 (ECF 20), a three-judge district court has been appointed to consider this case, pursuant to 28 U.S.C. § 2284. The same three-judge district court has also been appointed to consider two cases involving challenges to Maryland's congressional districts: *Benisek v. Mack* (now known as *Shapiro v. McManus*), 13-3233; *Parrott v. Lamone*, 15-1849.

      It would be helpful to the three-judge district court if Mr. Bouchat were to obtain an attorney, of his own choosing, at his own expense, to articulate his contentions. If Mr. Bouchat is unable to afford counsel, however, he may move for appointment of counsel by the Court.[1]

      If Mr. Bouchat is not represented by counsel, he must comply with applicable court rules in all filings with the Court.[2] These rules include Rule 5 of the Federal Rules of Civil Procedure, which governs service of court filings on opposing counsel. The Clerk's Office has prepared a guide for self-represented litigants, available at http://www.mdd.uscourts.gov/publications/Forms/InstructionsFilingCivilAction.pdf. It is strongly suggested that plaintiff familiarize himself with this guide, paying particular attention to "Part IV: How Do I Comply With Court

---

[1] We express no view, at this juncture, as to whether a motion for appointment of counsel would be granted.

[2] Applicable court rules include, but are not limited to, the Federal Rules of Civil Procedure and this Court's Local Rules. The Federal Rules of Civil Procedure are available on a number of websites, including http://www.law.cornell.edu/rules/frcp/. Court libraries and many local libraries have copies of these rules for public review. The Local Rules of this Court are available on the Court's website http://www.mdd.uscourts.gov/localrules/LocalRules.pdf. Information on where to purchase printed copies of the rules is available from the Clerk's Office.

Procedures?" In particular, all documents filed with the Court (other than the original complaint) must bear a certificate of service stating that the opposing party has been sent a copy of that document.

In view of the foregoing, I ask Mr. Bouchat to inform the Court, by February 25, 2016, as to whether he intends to obtain legal representation and, if so, by what date. Alternatively, if Mr. Bouchat intends to seek court-appointed counsel, I ask that he move promptly, to avoid delay.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                Sincerely,

                                                /s/
                                                Ellen Lipton Hollander
                                                United States District Judge

cc:    The Hon. Paul Niemeyer
       The Hon. George Russell, III