IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHRISTOPHER ERIC BOUCHAT** | * | |
| Plaintiff | * | |
| V. | * | ELH-15-2417 |
| **STATE OF MARYLAND** | * | |
| Defendants | * | |

---

**PLAINTIFF'S REPLY TO COURT'S LETTER DATED FEBRUARY 12, 2016**

I, Christopher Eric Bouchat, do hereby state to the Honorable Court that I will be representing myself as counsel throughout this case.

In consideration of my 17 years experience practicing law in the following courts; Maryland Circuit, Court of Special Appeals, Court of Appeals, Federal Bankruptcy Court and the United States Supreme Court, I feel confident that I will present a professional and decisive argument during trial.

The complaint in question has the Writ of Certiorari attached, which I submitted as pro se in full compliance to the Supreme Court for review. This should be testament to my ability to comply with this lower Court's request.

My objective to have an injunction served on the Governor and Attorney General regarding amending the state constitution affecting the 2018 General Assembly elections will cause a mandatory review by the Supreme Court. Therefore, I humbly request the Court issue a denial of the Defendant's Motion to Dismiss and generate a scheduling order as soon as possible.

The Citizens of Maryland will be best served if this case can make it to the Supreme Court by the fall of 2016. After all, the purpose of the three judge panel is to expedite cases involving the districts of legislatures being challenged, hence, the convening of this exceptional and honorable judicial body.

I want us all to get this right, since the most sacred judicial body in history will review our arguments and decisions. I am well aware that if I win this case it will make case law history and attach all our names to it, defining a great moment in our careers.

Humbly Submitted,

[signature]   2/18/16

**Christopher Eric Bouchat**

**5627 Woodbine Road**

**Woodbine, MD 21797**

**443-538-8584**

ericbouchat@comcast.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply to the Court's Letter dated February 12, 2016 was mailed this 18th day of February, 2016 to Julia Bernhardt 200 Saint Paul Place, 20th flr, Baltimore, MD 21201.

2