UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
**JAMES K. BREDAR**
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

March 3, 2016

| | |
|---|---|
| Michael B. Kimberly | Dan Friedman |
| Jason LaFond | Jennifer L. Katz |
| Paul Whitfield Hughes | Julia Doyle Bernhardt |
| Mayer Brown LLP | Maryland Office of the Attorney General |
| 1999 K Street NW | 200 Saint Paul Place |
| Washington, D.C. 20006 | Baltimore, MD 21202 |

Robert D. Popper
Chris Fedeli
Lauren M. Burke
Judicial Watch, Inc.
425 Third Street SW, Ste. 800
Washington, D.C. 20024

Christopher Eric Bouchat, *pro se*
5627 Woodbine Road
Woodbine, MD 21797

    Re: *Shapiro v. McManus* [*Benisek v. Mack*], JKB-13-3233
       *Parrott v. Lamone*, GLR-15-1849
       *Bouchat v. State of Maryland*, ELH-15-2417

Dear Counsel:

  A simultaneous scheduling hearing is set in for these three cases on Friday, April 22, 2016, at 1:30 p.m., in Courtroom 9A at the United States Courthouse in Baltimore, Maryland. All counsel of record are required to attend. Mr. Bouchat is required to attend. During the hearing, the judges assigned to preside in each of these three cases will be present. The Court will address the procedural posture of these cases and, after consultation with counsel, establish schedules for further proceedings.

  The "*Benisek*" matter (JKB-13-3233) is now recaptioned, and the case title in this Court going forward will be *Shapiro v. McManus*, consistent with the caption for this matter in the Supreme Court of the United States. The Clerk is DIRECTED to amend the docket accordingly.

  Motions to Dismiss are pending in the *Parrott* (GLR-15-1849, ECF No. 7) and *Bouchat* (ELH-15-2417, ECF No. 12) cases. A Motion to Dismiss was filed in the *Shapiro* case prior to appellate litigation. (ECF No. 13.) Subsequently, the Plaintiffs in *Shapiro* have sought leave to file an amended complaint; the Defendants evidently do not object to the proposed amendments.

(ECF No. 40.)  Plaintiffs' Motion is GRANTED, and the amended complaint (ECF No. 40–1) SHALL BE DOCKETED.  On or before April 15, 2016, the Defendants in the *Shapiro* case shall file any motion to dismiss directed at the new complaint.

During the scheduling hearing on April 22, 2016, the Court will set dates and deadlines in reference to further proceedings in the three cases.

These cases are subject to electronic filing.[1]  Please familiarize yourself with the procedures for electronic filing available at: www.mdd.uscourts.gov.  You must use the electronic filing system for filing documents with the Clerk and when sending case-related correspondence to a judge's chambers.  **When you electronically file a document that, including statements, is fifteen (15) pages or longer, you also must provide a paper copy of the document and a paper copy of the notice of electronic filing.**  The paper copy should be sent to the Clerk's Office, not directly to a judge's chambers.

Despite the informal nature of this correspondence, it is an Order of the Court, and the Clerk is directed to docket it accordingly.

Judges Niemeyer, Hollander, and Russell have authorized me to note their agreement with the foregoing; they join in the entry of this Letter Order in the three captioned cases.

Very truly yours,

/s/

James K. Bredar
United States District Judge

cc:
Hon. Paul V. Niemeyer, United States Circuit Judge
Hon. Ellen L. Hollander, United States District Judge
Hon. George L. Russell III, United States District Judge

---

[1] Mr. Bouchat advises that he is a lawyer.  (*See* ECF No. 22 at 1.)  Accordingly, although *pro se*, he will be required to participate in his case via electronic filing.