UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

March 14, 2016

| | |
|---|---|
| Michael B. Kimberly | Dan Friedman |
| Jason LaFond | Jennifer L. Katz |
| Paul Whitfield Hughes | Julia Doyle Bernhardt |
| Mayer Brown LLP | Maryland Office of the Attorney General |
| 1999 K Street NW | 200 Saint Paul Place |
| Washington, D.C. 20006 | Baltimore, MD 21202 |

Robert D. Popper
Chris Fedeli
Lauren M. Burke
Judicial Watch, Inc.
425 Third Street SW, Ste. 800
Washington, D.C. 20024

Christopher Eric Bouchat, *pro se*
5627 Woodbine Road
Woodbine, MD 21797

    Re: *Shapiro v. McManus*, JKB-13-3233
       *Parrott v. Lamone*, GLR-15-1849
       *Bouchat v. State of Maryland*, ELH-15-2417

Dear Counsel:

  The simultaneous scheduling hearing set in for Friday, April 22, 2016, at 1:30 p.m., will take place in **Courtroom 1A** at the United States Courthouse in Baltimore, Maryland, rather than in Courtroom 9A as indicated in the Court's Letter Order of March 3, 2016. All other provisions of the Letter Order remain in force and effect unless modified by further Order of the Court.

               Very truly yours,

               /s/

               James K. Bredar
               United States District Judge

cc:
Hon. Paul V. Niemeyer, United States Circuit Judge
Hon. Ellen L. Hollander, United States District Judge
Hon. George L. Russell III, United States District Judge