# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 25, 2016

Christopher Eric Bouchat (By U.S. Mail)
5627 Woodbine Road
Woodbine, MD  21797

Jeffrey Lewis Darsie (By CM/ECF)
Julia Doyle Bernhardt
Maryland Office of the Attorney General
200 Saint Paul Place
Baltimore, MD  21202

      Re:    *Christopher Eric Bouchat v. State of Maryland, et al.*, ELH-15-02417

Dear Mr. Bouchat and Counsel:

      As you know, a scheduling hearing was held in open court on Friday, April 22, 2016.  At the hearing, the Court granted Mr. Bouchat's request for leave to amend his complaint.  The amended complaint shall be filed by **May 13, 2016**.

      The defense anticipates that, in response to the amended complaint, it will renew its motion to dismiss.  Accordingly, the Court has scheduled a motion hearing for **Tuesday, July 12, 2016, at 9:30 a.m., in Courtroom 9B**.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

      On behalf of the Court,

      /s/
Ellen Lipton Hollander
United States District Judge

cc:    The Hon. Paul V. Niemeyer, United States Circuit Judge
        The Hon. George L. Russell, III, United States District Judge