| | | |
|---|---|---|
| CHRISTOPHER ERIC BOUCHAT<br>5627 Woodbine Road<br>Woodbine, Maryland 21797 | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| Plaintiff | * | FOR THE |
| v. | * | DISTRICT OF MARYLAND |
| STATE OF MARYLAND<br>c/o Jeffrey L. Darsie | * | BALTIMORE DIVISION |
| And | * | CASE NO. 1:15-cv-02417-ELH |
| | * | |
| DAVID McMANUS, JR., acting as State<br>Administrator of Elections<br>151 West Street, Suite 200<br>Annapolis, Maryland 21401 | * | |
| And | * | |
| BOBBIE S. MACK, acting as Chair<br>Of Maryland State Board of Elections<br>151 West Street, Suite 200<br>Annapolis, Maryland 21401 | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED **COMPLAINT**

I, Christopher Eric Bouchat, Pro se, do hereby humbly submit to the Honorable Federal Court, said Complaint and as reasons sets forth the following facts:

1. I am a resident of the State of Maryland and a person registered to vote in the State of Maryland. I reside in Carroll County, Maryland.

2. This Honorable Court has jurisdiction over this matter as this action arises under the United States Constitution.

3. This action is properly filed in the District of Maryland.

1

4. The Defendant, Linda Lamone, is the administrator of elections and holds said office which oversees the actions of the elections process in the State of Maryland.

5. The Defendant, David McManus, Jr., is the supervisor of the elections process in the State of Maryland.

6. The Defendant, State of Maryland, is the municipality which held said election where my rights were violated.

7. The Court has jurisdiction over this matter under 28 USC 1331, 1343 and 2284 and 42 USC 1983.

8. On or about June 24, 2014, I was a candidate in the election seeking a position as a delegate in the Maryland House of Delegates in district 9A. I was also a Republican-registered voter.

9. I was the only Carroll County Republican candidate.

10. Following the election results for the cross-county two-member district are as follows: <u>Carroll precincts</u>; Christopher Eric Bouchat 22.57% (868), Trent Kittleman 21.5% (827), Warren Miller 21.47% (826), Kyle Lorton 17.32% (666), Frank Mirabile 17.13% (659). <u>Howard precincts</u>; Warren Miller 33.10% (2,528), Frank Mirabile 24.22% (1,850), Trent Kittleman 22.87% (1,747), Kyle Lorton 12.49% (954), Christopher Eric Bouchat 7.3% (558). (See original complaint for certified results intended to be incorporated into this Complaint).

11. The most recent Maryland legislative districts were created on October 20, 2011 when Senate Bill 1 was enacted by the former Governor of Maryland, Martin O'Malley.

12. In violation of the First Amendment and Article I of the US Constitution, the 2011 legislative districts were created by the Governor's Redistricting Advisory Committee (hereinafter referred to as "GRAC") using voting data to manipulate the voting districts.

13. Voters who reside in Howard County were not inclined to vote for a candidate who resides in Carroll County. Prior to the GRAC redistricting, I was a member of the 9B district which was formally a single-member, Carroll County district. See attached Exhibit 1 intended to be incorporated into this Complaint.

14. The lines established by GRAC were done so in order to gerrymander the 9A Maryland legislative voting district and are not geographically reasonable.

15. The current Maryland legislative districts are clearly designed with the intent to manipulate election results, are discriminatory against the non-dominant political party and violate my guaranteed constitutional voting rights in violation of the First Amendment of the Constitution

16. The institutionalized voter discrimination and disenfranchisement are the direct result of a violation of Maryland Constitution Article III, section 3, which causes one political party in power, via election result manipulations, to maintain an unprecedented super majority control of both houses in the General Assembly 97% of the time since 1861.

17. As of the 2014 General Assembly general election results, Democrats control the state legislature by 68.38%.

18. After I ran a well-funded and fundamentally good campaign equally in both Carroll and Howard counties, the election results, prove that the legislative election districts are discriminatory.

19. Carroll County should remain undivided and not split between Howard County and Carroll County. Alternate boundary line plans were submitted but were not given any deference.

20. The GRAC-created boundaries results in disenfranchisement and violations of the Equal Protection Clause of the 14th Amendment.

21. Article III, Sections 3 and 4 of the Maryland Constitution establishes the legislative districts and requires that "each legislative district shall consist of adjoining territory, be compact in form, and substantially equal population. Due regard shall be given to natural boundaries and the boundaries of political subdivisions."

22. The districts established by GRAC violate Article III, Sections 3 and 4 because no regard was given to natural boundaries or established political subdivisions.

23. The United States Constitution, Article IV, Section 4, provides that "The United States shall guarantee to every State in this Union a Republican Form of Government."

24. The United States Constitution further provides in Amendment XIV, Section 1that "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor deny to any person within its jurisdiction the equal protection of the Laws. Section 2 "But when the right to vote at any election for Representatives in Congress, the Executive and judicial officers of a

4

state, or the members of the Legislature thereof, is denied to any inhabitants of such State."

25. The United States Constitution provides in Amendment XV, Section 1 "The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State."

26. The State of Maryland has violated my constitutional right as a voter to elect representatives who represent me fairly and has caused injury to me as a candidate by creating legislative districts which distort common sense and prohibit me from securing a seat in violation of my First Amendment rights and Article 1 Sections 2 and 4 as provided by the United States Constitution

27. The United States Constitution "shall be the supreme Law of the Land: and the judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the contrary notwithstanding."

28. The Exhibit 1 maps attached and marked as exhibits are intended to be incorporated herein as if fully set forth. The Exhibits show that the 2002 Legislative District 9B was a single-member Carroll County District and the 2012 Legislative District shifted the boundary for 9B completely into Howard County and District 9A is 75% in Howard County and 25% in Carroll County.

29. The purpose of a bi-cameral legislature is to ensure the protection of political minorities who live in less populated political subdivisions guaranteed through equal representation in the senate and a minimum of one member in the house. A bi-cameral legislature prevents a handful of political subdivisions from completely dominating the legislative branch of government.

30. The existing districts established by GRAC permits three subdivisions to exclusively control the senate and house in violation of Article 4 Section 4 and the 14th Amendment Section 2 (which clarifies the guarantee of Article 4 Section 4) of the United States Constitution.

31. Under the "one man one vote" system of democracy, there is no protection from political minorities.

32. Nationally, according to the 2010 census, California is the most populated State and Wyoming is the least populated State. However, a Wyoming voter has a vote that has 311% more value than a California voter who has less than one man one vote. In Maryland's most populated county, Montgomery County, and least populated county, Kent County, voters have essentially "one man one vote" as interpreted by case law but in violation of the 14th Amendment of the United States Constitution and Article 4 Section 4 (clarified by Section 2). See attached Exhibit 2 intended to be incorporated into this Complaint.

33. Maryland counties or subdivisions should be equally represented. Under the current GRAC-created boundary system, 8 political subdivisions do not have a resident senator and one political subdivision does not have a resident delegate. See attached Exhibit 3 intended to be incorporated into this Complaint.

34. The Maryland State legislative process should mirror that of the United State legislative process such that each state subdivision is represented by a minimum of one representative in the House of Delegates and two senators.

WHEREFORE, I humbly and passionately request the Honorable Federal Court:

a. Enter an Order requiring the representatives of The State of Maryland re-draft and re-configure the Maryland legislative election districts which are fair and reasonable;

b. Enter an order declaring the enforcement of Maryland Constitution Article III, Section 4 as being violated;

c. Issue an injunction against the State of Maryland to prohibit the holding of new elections until the legislative districts are fairly and reasonably revised and in compliance with the fore mentioned laws;

d. Enter an Order awarding me the reimbursement of my campaign costs, court costs and other financial damages and expenses of $75,000.

e. Declare the current plan unconstitutional; and

f. For such other and further relief as the nature of his cause may require.

/s/_____
Humbly Submitted,
Christopher Eric Bouchat
5627 Woodbine Road
Woodbine, MD 21797
(443) 538-8584
Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2016 a copy of the foregoing Amended Complaint and accompanying Exhibits were mailed by first-class mail, postage pre-paid to Julia Doyle Bernhardt, Esquire, Office of the Attorney General, 200 St. Paul Place, 20th Floor, Baltimore, 21202 and Jeffrey Lewis Darsie, Esquire, Office of the Attorney General, 200 St. Paul Place, 20th Floor, Baltimore, Maryland 21202.

/s/_____
CHRISTOPHER ERIC BOUCHAT