IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER E. BOUCHAT, | * |
| *Plaintiff*, | * |
| v. | * Civil Action 1:15-cv-02417-ELH |
| STATE OF MARYLAND, *et al.*, | * |
| *Defendants*. | * |

* * * * * * * * * * * * * * * *

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

The defendants, State of Maryland, Linda H. Lamone, State Administrator of Elections, and David J. McManus, Chair of the Maryland State Board of Elections, all of whom are sued in their official capacities, by their undersigned counsel, hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the plaintiffs' amended complaint. For the reasons set forth in the attached memorandum of law in support of the motion, the complaint fails to raise a substantial issue or to state a claim upon which relief can be granted and is precluded by res judicata. In addition, all claims against the State of Maryland, and most of the claims for relief against the individual defendants, are barred by sovereign immunity. For all of these reasons, the complaint should be dismissed.

A proposed Order is submitted with this motion.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Julia Doyle Bernhardt

JULIA DOYLE BERNHARDT
Bar No. 25300
JEFFREY L. DARSIE
BAR NO. 19485
Assistant Attorneys General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21201
jbernhardt@oag.state.md.us
jdarsie@oag.state.md.us
(410) 576-7291
(410) 576-6955 (facsimile)

June 6, 2016                    Attorneys for Defendants