IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHRISTOPHER E. BOUCHAT,** | * |
| *Plaintiff,* | * |
| v. | * Civil Action 1:15-cv-02417-ELH |
| **STATE OF MARYLAND,** *et al.*, | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Defendants' Memorandum in Support of the Motion to Dismiss the Amended Complaint, and the plaintiff's response thereto, it is this ____ day of _____, 2016, by the United States District Court for the District of Maryland,

ORDERED that the defendants' motion is GRANTED and the complaint is dismissed with prejudice.

                                                              _____
                                                              Paul V. Niemeyer
                                                              United States Circuit Judge


                                                              _____
                                                              Ellen L. Hollander
                                                              United States District Judge


                                                              _____
                                                              George L. Russell, III
                                                              United States District Judge