IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER ERIC BOUCHAT,
   *Plaintiff,*

      v.

STATE OF MARYLAND, *et al.*
   *Defendants.*

Civil Action No.: 15-cv-2417

**ORDER**

On August 14, 2015, Christopher Eric Bouchat, the self-represented plaintiff, filed suit against the State of Maryland; Linda H. Lamone, acting as State Administrator of Elections; and Bobbie S. Mack, acting as Chair of the Maryland State Board of Elections. *See* ECF 1, "Complaint."[1] In his suit, plaintiff challenges the constitutionality of the Maryland legislative election districts, asserting that the districts were "designed with the intent to manipulate election results . . . ." *Id.* at 2. On September 29, 2015, defendants moved to dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6). ECF 12. Plaintiff opposed that motion. ECF 15.

Following a scheduling hearing in open court on April 22, 2016 (ECF 26), and by Order dated April 25, 2016 (ECF 27), the three-judge panel, convened to hear this case pursuant to 28 U.S.C. § 2284, granted Mr. Bouchat leave to file an Amended Complaint. Mr. Bouchat filed his Amended Complaint on May 19, 2016. ECF 31.[2]

---

[1] David McManus, Jr. replaced Bobbie Mack as Chairman of the Maryland State Board of Elections, effective July 16, 2015. Therefore, pursuant to Fed. R. Civ. P. 25(d), McManus replaced Mack as a defendant. *See* ECF 16; *see also* Docket Entry dated December 10, 2015.

[2] The Amended Complaint was due by May 13, 2016. ECF 27. It appears that the filing on that date was not accepted, because of various errors made by plaintiff. *See* ECF 30. These included his failure to submit a redlined version of the Amended Complaint, required by Local Rule 103.6(c). However, defendants did not object to the belated filing on May 19, 2016.

On June 6, 2016, defendants moved to dismiss the Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6).  *See* ECF 32.[3]

The earlier motion to dismiss (ECF 12) is directed to plaintiff's original Complaint (ECF 1).  Because the Amended Complaint replaces the original Complaint, the initial motion to dismiss (ECF 12) is now moot.

Accordingly, it is this 14th day of June, 2016, hereby ORDERED that ECF 12 is DENIED as moot.

                                              /s/
Paul V. Niemeyer
United States Circuit Judge

                                              /s/
Ellen Lipton Hollander
United States District Judge

                                              /s/
George L. Russell, III
United States District Judge

---

[3] Curiously, in the caption of the Amended Complaint, plaintiff named the State of Maryland and McManus as defendants, and again named Mack as a defendant, although he was previously replaced by McManus.  Yet, in the caption plaintiff did not include Lamone as a defendant.  *See* ECF 31 at 1.  However, in the text of the Amended Complaint, plaintiff identifies Lamone as a defendant.  *See, e.g.*, ECF 31, ¶ 4.  The motion to dismiss was filed by the State of Maryland, McManus, and Lamone.  It was not filed by Mack.