IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHRISTOPHER ERIC BOUCHAT, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 15-cv-2417 |
| STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S REPLY TO DEFENDANT'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

Plaintiff, pro se, hereby files this Reply to Defendant's Motion to Dismiss the Amended Complaint and as reasons therefore states:

1. The Plaintiff's Amended Complaint does raise substantial issues and/or claims upon which relief can be granted.

2. The Plaintiff's claims are not barred by res judicata.

3. The Plaintiff's claims are not barred by sovereign immunity.

4. Plaintiff attaches to this Reply a Memorandum in support of Plaintiff's Reply which Plaintiff intends to be incorporated into this Reply.

WHEREFORE, the Plaintiff requests that the Court deny the Defendant's Motion to Dismiss the Amended Complaint.

Humbly submitted,

CHRISTOPHER ERIC BOUCHAT

/s/

_____
CHRISTOPHER ERIC BOUCHAT
5627 Woodbine Road
Woodbine, Maryland 21797
(443) 538-8584
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2016 a copy of the aforegoing Reply to Defendant's Motion to Dismiss the Amended Complaint and Memorandum were mailed by first-class mail postage pre-paid to Julia Doyle Bernhardt, Esquire, Office of the Attorney General, 200 St. Paul Place, 20th Floor, Baltimore, Maryland 21202 and Jeffrey Lewis Darsie, Esquire, Office of the Attorney general, 200 St. Paul Place, 20th Floor, Baltimore, Maryland 21202.

/s/

_____
CHRISTOPHER ERIC BOUCHAT