IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHRISTOPHER ERIC BOUCHAT, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 15-cv-2417 |
| STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Having read and considered the Defendant's Motion to Dismiss the Amended Complaint and the Plaintiff's Reply, the Defendant's Motion to Dismiss is hereby denied.

_____
Judge, United States District Court

**End of Order**