IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER ERIC BOUCHAT,

*Plaintiff*,

v.

Civil Action No. ELH-15-2417

STATE OF MARYLAND, *et al.*,

*Defendants*.

**ORDER**

For the reasons stated in the accompanying Opinion of the Three-Judge Court, it is this 7th day of September, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1) The Motion to Dismiss filed by the State of Maryland; Linda H. Lamone; and David McManus, Jr. (ECF 32) is GRANTED; and

2) The Clerk is directed to close this case.

/s/
Ellen Lipton Hollander, for the
Three Judge Court