IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| CHRISTOPHER ERIC BOUCHAT<br>*Plaintiff,* | |
| v. | Civil Action No. ELH-15-2417 |
| STATE OF MARYLAND, et al.,<br>*Defendants.* | |

**APPEAL**

I, Christopher Eric Bouchat, do herby file my appeal of the Three-Judge Court's Oder to dismiss my complaint on the 7th day of September, 2016.

Christopher Eric Bouchat
5627 Woodbine Road
Woodbine, MD 21797
443-538-8584
Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October a copy of the aforegoing Appeal was mailed by first-class mail postage prepaid to Julia Doyle Bernhardt, Esquire, Office of the Attorney General, 200 St. Paul Place, 20th floor, Baltimore, Maryland 21202 and Jeffrey Darsie of the same address.

Christopher Eric Bouchat

APPEAL

**BOUCHAT INDUSTRIES, INC.**
AEROSPACE WELDING FOR THE WORLD

1405 Knecht Avenue
Arbutus, Maryland 21227

United States District Court
Office of the Clerk
4228 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

BALTIMORE MD 212
30 SEP 2016 PM 7 L