FILED: October 5, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2143
(1:15-cv-02417-ELH)
_____

CHRISTOPHER ERIC BOUCHAT

       Plaintiff - Appellant

v.

STATE OF MARYLAND; LINDA H. LAMONE, acting as State Administrator of Elections; DAVID MCMANUS, JR.

       Defendants - Appellees

and

BOBBIE S. MACK, acting as Chair of Maryland State Board of Elections

       Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:15-cv-02417-ELH |
| Date notice of appeal filed in originating court: | 10/03/2016 |
| Appellant (s) | Christopher Bouchat |
| Appellate Case Number | 16-2143 |
| Case Manager | Rickie Edwards<br>804-916-2702 |