FILED: October 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2143
(1:15-cv-02417-ELH)

_____

CHRISTOPHER ERIC BOUCHAT

      Plaintiff - Appellant

v.

STATE OF MARYLAND; LINDA H. LAMONE, acting as State Administrator of Elections; DAVID MCMANUS, JR.

      Defendants - Appellees

and

BOBBIE S. MACK, acting as Chair of Maryland State Board of Elections

      Defendant

_____

O R D E R

_____

It appearing to the court that this appeal was docketed upon receipt of a notice of appeal from the decision of a three-judge district court, the court closes this appeal as improvidently docketed.

A copy of this order shall be transmitted to the district court clerk in order that the notice of appeal filed October 3, 2016, may be transmitted to the Supreme Court of the United States.

                                                              For the Court--By Direction

                                                              /s/ Patricia S. Connor, Clerk